**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

MARIA TERESA CARBAJAL SESMA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEC 16 2021

ORDER

18 Cr. 782-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for February 22, 2022 at 9:45 am.

Dated: New York, New York
       December 15, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge