**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

MARIA TERESA CARBAJAL SESMA,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for July 12, 2022 is adjourned to July 26, 2022 at 10:00 am.

Dated: June 27, 2022
    New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge